

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

| | |
|---|---|
| Richard Gallant Wisdom, Appellant | Appeal from the 4th District Court of Rusk County, Texas (Tr. Ct. No. CR 14-233). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating. |
| No. 06-14-00200-CR      v. | |
| The State of Texas, Appellee | |

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Richard Gallant Wisdom, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED JUNE 10, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk